# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| CHARLES M. LLEWLYN, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: CV215-072 |
| | * | |
| v. | * | |
| | * | |
| WARDEN, FCI JESUP, | * | |
| | * | |
| Respondent. | * | |

## ORDER

Petitioner, an inmate at the Federal Correctional Institute in Jesup, Georgia, filed a petition for habeas corpus relief pursuant to 28 U.S.C. § 2241 on June 17, 2015. Dkt. No. 1. By Order dated July 2, 2015, the Magistrate Judge determined that Petitioner's suit was more properly characterized as a complaint brought pursuant to 28 U.S.C.A. § 1331 and <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), and directed Petitioner to amend his claim. Dkt. No. 4. Petitioner has since filed a motion requesting this Court dismiss the present action. Dkt. No. 5.

THEREFORE, IT IS HEREBY ORDERED that the Petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, is

**DISMISSED without prejudice,** and the Clerk of Court is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED,** this 21 day of July, 2015.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA